[No. 3848-1.    Division One.    July 12, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. TURNER ROBINSON BOBO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 70251, Eugene G. Cushing, J. Pro Tem., entered May 29, 1975. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and Andersen, JJ.

[No. 3936-1.    Division One.    July 12, 1976.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY JAMES PETERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 70841, Frank H. Roberts, Jr., J., entered June 10, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4076-1.    Division One.    July 12, 1976.]

*In the Matter of the Welfare of* PATRICK M. DAVIS.

Certiorari to review a judgment of the Superior Court for King County, No. J-76912, Norman Quinn, J. Pro Tem., entered September 25, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1583-3.    Division Three.    July 16, 1976.]

*In the Matter of the Welfare of* JENNIFER CAMPBELL, ET AL. THE STATE OF WASHINGTON, *Respondent,* v. LLOYD CAMPBELL, ET AL, *Petitioners.*

Certiorari to review a judgment of the Superior Court for Benton County, No. 6748, Albert J. Yencopal, J., entered May 23, 1975. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J.